JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE TREVINO and JOSEPH TREVINO, JR.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LAPD SGT. JAMES CANALES, LAPD OFFICER KEITH GONZALES, LAPD OFFICER NICHOLAS GALLEGO, and DOES 1 - 10,<br><br>    Defendants.<br>_____ | Case No. EDCV 07-0143 ODW (JCRx)<br><br>JUDGMENT FOR DEFENDANTS |

In light of this Court's March 27, 2009 Order Granting Defendants' Motion For Summary Judgment against Plaintiffs Josephine Trevino and Joseph Trevino, Jr., judgment is hereby entered in favor of Defendants and against Plaintiffs.

IT IS SO ADJUDGED.

DATED:   March 27, 2009

_____
Hon. Otis D. Wright II
United States District Judge